UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 14-16938 EEB |
| LAKEVIEW DEVELOPMENT ) | Chapter 7 |
| CORPORATION, ) | |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| JOI A. LOFSTEDT, ) | |
| Chapter 7 Trustee, ) | Adversary Proceeding No. 16-1197 EEB |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| UBS FINANCIAL SERVICES, INC. ) | |
| AS CUSTODIAN FOR THE BENEFIT ) | |
| OF DAVID M. SUMMERS IRA, and ) | |
| DAVID M. SUMMERS IRA, ) | |
| ) | |
| Defendants. ) | |

### DEFENDANT'S URGENT REQUEST FOR AN ORDER

The Defendant, DAVID M. SUMMERS IRA ("Defendant"), by and through the undersigned attorney, hereby submits *Defendant's Urgent Request for an Order,* as follows:

1. A Motion to Dismiss was filed by Defendant almost one year ago, on March 22, 2019.

2. The Trustee filed her Response on April 19, 2019.

3. Defendant filed its Reply on April 26, 2019.

4. The issues raised in Defendant's Motion to Dismiss were ripe for a decision by this Court beginning April 26, 2019.

5. During the last 10 ½ months, representatives of Defendant have made numerous inquiries with this Court's Staff, and the Deputy Clerk of the Bankruptcy Court, about the delays associated with obtaining a ruling on Defendant's pending motion.

6. Each time, Defendant's representatives were informed that nothing further was required on the part of Defendant, and that the matter was solely within the purview of Judge Brown.

7. Beginning with the opening of trading at 7:30 a.m. today, the principal U.S. Stock Market experienced its largest single day drop in U.S. History.

8. Despite diligent and repeated efforts beginning at approximately 7:00 a.m. this morning, Defendant has been prohibited by UBS Financial from any trading whatsoever in this IRA Account held at UBS Financial.

9. Defendant and the beneficiary of this account were informed on multiple occasions today by representatives of UBS Financial that no trading whatsoever in the Defendant's Retirement Account would be permitted, because of the long standing pending litigation proceeding that has defied resolution.

10. Pleas from the Defendant to allow at least some trading, while preserving the amount in dispute, which comprises only a portion of the IRA Account held by UBS Financial, were summarily dismissed.

11. Delays association with resolution of this matter have prejudiced the Defendant, and the beneficiary of this Retirement Account, and have caused, and are likely to continue to cause, irreparable damage, thereby threatening the beneficiary's available income during the beneficiary's future retirement.

WHEREFORE, Defendant, DAVID M. SUMMERS IRA, respectfully requests an Order from this Court on its pending Motion to Dismiss, so that this matter can proceed towards some final resolution.

Dated: March 9, 2020                                Respectfully submitted,

/s/ David M. Summers
David M. Summers, Reg. No. 13488
4401 South Quebec St., Ste. 100
Denver, Colorado 80237
(303) 220-5420
dsummerslaw@gmail.com
*Attorney for Defendant,*
*David M. Summers IRA*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 9th day of March, 2020, a true and correct copy of the foregoing Defendant's Urgent Motion for an Order was served *via* PACER and/or United States Mail, first-class postage pre-paid thereon, and addressed to the parties identified below:

Daniel A. Hepner, Esq.
Aaron J. Conrardy, Esq.
Attorneys for Trustee
1660 Lincoln Street, Suite 2200
Denver, CO 80264
dhepner@sww-legal.com
aconrardy@sww-legal.com

Aaron J. Conrardy, Esq.
Wadsworth Warner Conrardy, P.C.
2580 West Main St., Suite 200
Littleton, Colorado 80120

UBS Financial Services, Inc.
As Custodian for the Benefit of
David M. Summers IRA
c/o Brian H. Meldrum, Esq.
Kaplan Johnson Abate & Bird LLP
710 West Main Street, Suite 400
Louisville, Kentucky 40202

/s/ David M. Summers
David M. Summers